# IN THE SUPREME COURT OF PENNSYLVANIA

OFFICE OF DISCIPLINARY COUNSEL, : No. 2317 Disciplinary Docket No. 3
:
               Petitioner : No. 125 DB 2013
:
: Attorney Registration No. 200894
        v. :
: (Philadelphia County)
ROBERT CRAIG ATTIG, :
:
               Respondent :

## ORDER

**PER CURIAM**

**AND NOW**, this 2nd day of December, 2016, upon consideration of the Recommendation of the Three-Member Panel of the Disciplinary Board, the Joint Petition in Support of Discipline on Consent is granted, and Robert Craig Attig is suspended on consent from the Bar of this Commonwealth for a period of one year. He shall comply with all provisions of Pa.R.D.E. 217.